UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF MICHIGANNORTHERN DIVISION

ELIZABETH STEPHAN
    Plaintiff,

-vs-

BARCLAYS BANK DELAWARE, et al.
    Defendant.

Case No. 22-CV-00220
Hon. Robert J. Jonker
Magistrate Judge: Maarten Vermaat

## STIPULATED ORDER OF DISMISSAL

Having been advised by the stipulation of the parties below, it is ordered that the claims against Barclays Bank Delaware are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

    /s/ Robert J. Jonker
Honorable Robert J. Jonker

**FOR PLAINTIFF**

September 7, 2023
Date

1

Respectfully Submitted,


By:  /s/ *Ian B. Lyngklip*
Ian B. Lyngklip P47173
**LYNGKLIP & ASSOCIATES,**
**CONSUMER LAW CENTER, PLC**
Attorney for Elizabeth Stephan
13751 W. 11 Mile Road
Oak Park, MI   48237
(248) 208-8864
Ian@ConsumerLawyers.com


**FOR DEFENDANT**
Respectfully Submitted,


By Consent: /s/ Michael D. DeFrank
Michael D. DeFrank (NC Bar No. 32235)
**WYRICK ROBBINS YATES & PONTON LLP**
4101 Lake Boone Trail, Suite 300
Raleigh, North Carolina 27607
(919) 791-4000; (919) 781-4865
mdefrank@wyrick.com

Christopher Gura (p58437)
**ABBOTT NICHOLSON PC**
Attorney for Barclays Bank Delaware
1900 W. Big Beaver Road, Ste. 203
Troy, MI   48084
(313) 556-2500
CRGura@abbotnicholson.com